IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Criminal Case No. **07-30118-DRH** |
| ) | |
| **AARON WHITT,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Aaron Whitt's motion to amend the conditions of his bond to enable him to drive to Branson, Missouri, from May 23, 2008, through May 27, 2008. **(Doc. 31).** Defendant notes that, to date, he has complied with all of the conditions of release. Defendant's motion is unopposed by the government and Pretrial Services Office.

**IT IS THEREFORE ORDERED** that defendant Aaron Whitt's motion to amend the conditions of his bond **(Doc. 31)** is **GRANTED**. Defendant Whitt shall be permitted to travel to Branson, Missouri, during the period May 23-27, 2008. Whitt shall report to Pretrial Services as directed by his supervising officer.

**IT IS SO ORDERED.**

**DATED: May 13, 2008**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**