# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**

**ARRON WHITT,**

    **Defendant.**                            Case No. 07-cr-30118-DRH

## ORDER

**HERNDON, Chief Judge:**

In a Motion to Modify the Conditions of his Appearance Bond to Authorize Travel (Doc. 39), defendant Whitt requests that the Court authorize his travel to Los Angeles, California from August 9, 2008 through August 17, 2008, for the purpose of collaborating on a music production with producer Robert White. The Motion further states that Defendant has abided by all the conditions of his pretrial release and has not had any pretrial violations. Lastly, the Motion states that Defendant's pretrial probation officer does not object to this request. In Response (Doc. 40), the Government states that because Defendant's probation officer does not object to the Motion, the Government also does not object, however, it cannot *recommend* Defendant's request for travel on bond.

The Court being advised of the premises and with no objection from Pre-trial Services or from the Assistant United States Attorney, finds Defendant's request

should be allowed. Therefore, Defendant's Motion (Doc. 39) is **GRANTED** so that the conditions of bond for defendant Arron Whitt are **AMENDED** to allow him to travel to 1034 West 54th Street, Los Angeles, California 90037, from August 9, 2008 through August 17, 2008, for the limited purpose of collaborating in a music production. Defendant shall report back to his probation officer when he has returned from California. Defendant must also be present for his sentencing hearing on August 19, 2008.

      **IT IS SO ORDERED.**

      Signed this 6th day of August, 2008.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**